# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENVILLE DIVISION

| | |
|---|---|
| MELONIE COLEMAN, On Behalf of HERSELF and All Others Similarly Situated, | |
| | COLLECTIVE ACTION |
| Plaintiff, | CASE NO. 2:18-cv-00114-HSM-MCLC |
| v. | JUDGE MATTICE |
| RICHANI RESTAURANT GROUP, LLC d/b/a JOHNNY BRUSCO'S NEW YORK STYLE PIZZA | MAGISTRATE JUDGE CORKER |
| | JURY DEMAND |
| Defendant. | |

## JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT

Named Plaintiff Melonie Coleman, on behalf of herself and the Opt-In Plaintiffs in this Fair Labor Standards Act collective action ("Plaintiffs"), and Defendant Richani Restaurant Group, LLC ("Defendant") (collectively, "Parties") give notice to the Court that the parties have agreed to resolve this matter and submit this Joint Motion for Approval of the Parties' Settlement Agreement (attached as Exhibit A).

The Parties respectfully request that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. The parties engaged in arm's length negotiations to reach this resolution of Plaintiffs' claims. These negotiations included an analysis of Plaintiffs' damages for minimum wages owed assuming Plaintiffs prevailed on their claim that wages were owed for time spent performing non-tipped work each shift. Defendant provided payroll data for each Plaintiff.

Ultimately, the parties reached a final agreement on all material issues, including the amounts to be paid as damages to each Plaintiff, a modest service payment for Named Plaintiff

1

Coleman, and attorneys' fees and expenses. Under the terms of this Settlement Agreement, Plaintiffs will receive payments for unpaid wages in amounts they could reasonably expect to have received had they prevailed on their theory that they spent a substantial portion of each shift working in a non-tipped job while receiving a tipped hourly rate lower than the statutory minimum wage hourly rate of $7.25 per hour. Thus, Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. In support of this Motion, the Parties have filed a supporting Memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting Memorandum, the Parties respectfully request that the settlement be approved. A proposed order granting this motion has been submitted herewith.

Dated: March 1, 2019

/s/ Edward N. Boehm, Jr. (with permission)
**EDWARD N. BOEHM, JR.**
FISHER & PHILLIPS LLP
Suite 3500
1075 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404-231-1400
Fax: 404-240-4249
tboehm@laborlawyers.com

**MARK S. DESSAUER, ESQ.**
HUNTER, SMITH, & DAVIS, LLP
PO Box 3740
Kingsport, TN 37664
(423) 378-8840
Fax: (423) 378-8840
dessauer@hsdlaw.com

*Attorneys for Defendant*

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Joint Motion for Approval of the Parties' Settlement Agreement* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on March 1, 2019:

**EDWARD N. BOEHM, JR.**
Fisher & Phillips LLP
Suite 3500
1075 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404-231-1400
Fax: 404-240-4249
tboehm@laborlawyers.com

**MARK S. DESSAUER, ESQ.**
Hunter, Smith, & Davis, LLP
PO Box 3740
Kingsport, TN 37664
(423) 378-8840
Fax: (423) 378-8840
dessauer@hsdlaw.com

*Attorneys for Defendant*

>  /s/ David W. Garrison
>  DAVID W. GARRISON
>  **BARRETT JOHNSTON**
>  **MARTIN & GARRISON, LLC**